UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAMEEKA CULBREATH, | ) | CIVIL ACTION NO. 4:23-CV-1349 |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| EXPERIAN INFORMATION SOLUTIONS, INC., | ) ) | |
| Defendant | ) | |

## **ORDER**

In accordance with the accompanying Memorandum Opinion, it is ORDERED that:

(1) Plaintiff's Complaint is dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

(2) Defendant's Motion to Dismiss (Doc. 9) is DEEMED MOOT.

(3) The Clerk of Court is directed to CLOSE this case.

Date: May 16, 2024                              BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge